UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND; IRON
WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS' LOCAL NO. 25
VACATION PAY FUND; IRON WORKERS'
DEFINED CONTRIBUTION PENSION FUND;
and IRON WORKERS' APPRENTICESHIP
FUND OF EASTERN MICHIGAN, Trust
Funds Established and Administered Pursuant
to Federal Law,

        Plaintiffs,

v.

ACE STEEL ERECTION, INC., a Michigan
corporation and RUDY POU, individually,

        Defendants.

Case No. 18-cv-12083
Hon. Judith E. Levy
Magistrate Judge David R. Grand

---

**DAVID J. SELWOCKI  (P51375)**
**MATTHEW I. HENZI  (P57334)**
**JESSICA L. SCHUHRKE (P77561)**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield MI  48075
(248) 746-0700
(248) 746-2760 fax
dselwocki@swappc.com
mhenzi@swappc.com
jschuhrke@swappc.com

---

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COME the Plaintiffs, by and through their attorneys, and hereby

voluntarily dismiss the above-captioned matter without prejudice.

        Respectfully submitted,

        **SULLIVAN, WARD,**
          **ASHER & PATTON, P.C.**

        By:   /s/David J. Selwocki
               Attorney for Plaintiffs
               25800 Northwestern Hwy., Suite 1000
               Southfield, MI  48075
               (248) 746-0700
               dselwocki@swappc.com

Dated: August 10, 2018       P51375

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2018, my assistant, Joni R. Lashbrook, electronically filed the foregoing document with the Clerk of the Court using the ECF system, and notice was given to the following non-ECF participant by First Class mail:

        Rudy Pou
        Ace Steel Erection, Inc.
        2775 8th Street
        Shelbyville, Michigan  49344

        **SULLIVAN, WARD,**
          **ASHER & PATTON, P.C.**

        By:   /s/David J. Selwocki
               Attorney for Plaintiffs
               25800 Northwestern Hwy., Suite 1000
               Southfield, MI  48075
               (248) 746-0700
               dselwocki@swappc.com

Dated: August 10, 2018       P51375
W2205929.DOC/A35-052347